**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-7906**

―――――――――

NICHOLAS WARNER JONES,

Petitioner - Appellant,

versus

WILLIAM L. SMITH, Warden; RICHARD A. LANHAM,
SR., Commissioner; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-93-
2364-L)

―――――――――

Submitted: April 16, 1998          Decided: April 28, 1998

―――――――――

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Nicholas Warner Jones, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Diane Elizabeth Keller, Assistant Attorney
General, Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Jones v. Smith, No. CA-93-2364-L (D. Md. Nov. 26, 1996). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2